**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-6925**

---

KENNETH EDGAR PATTON,

            Plaintiff - Appellant,

      v.

RODNEY BENNETT; PATRICK MAYS; JESSIE DOWNING; DELINDA WOODY, Nurse,

            Defendants – Appellees,

      and

THOMAS LANCASTER; DAVID MITCHELL, Superintendent,

            Defendants.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Graham C. Mullen, Senior District Judge.  (1:05-cv-00251-GCM)

---

Submitted:  December 9, 2008        Decided:  December 31, 2008

---

Before TRAXLER, DUNCAN, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth Edgar Patton, Appellant Pro Se.  Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Edgar Patton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patton v. Lancaster, No. 1:05-cv-00251-GCM-1 (W.D.N.C. May 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED